UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action 21-cr-10350 |
| | ) |
| | ) |
| JAMES COLARMARIA, | ) |
|     Defendant | ) |

MOTION FOR EVALUATION AND ADMITTANCE
TO THE MAT WYATT DETENTION PROGRAM

Now comes counsel for the defendant, James Colamaria, in the above captioned matter and moves this Honorable Court to order the Wyatt Detention Center to evaluate and order the defendant to be admitted into the MAT/OUD program.

As reasons therefore the defendant states:

1. In May, 2022 the Wyatt Detention Facility reached an agreement to allow detainees being treated for Opioid Use Disorder prior to entering the facility to continue to receive treatment while in Wyatt's custody.
2. Such a program is required by the Americans with Disabilities Act.
3. The defendant has a long standing history of drug abuse.
4. The defendant was using suboxone prior to his detention at Wyatt. Albeit he had been self prescribing the use of suboxone while on the outside, he had in the past been so prescribed.
5. When held in detention, Colamaria did not receive treatment to deal with drug withdrawal.
6. "Efforts to combat substance abuse and opioid deaths require every tool at our disposal. That means not just vigorous and targeted law enforcement, but also sensible and humane treatment that provides a bridge to recovery. Where medical professionals have determined that OUD treatment is appropriate, the ADA requires jails like the Wyatt to continue to provide it, and I am pleased that, with today's agreement, the facility has committed to meet this critical obligation to its detainees."   U.S. Attorney Cunha

For the foregoing reasons, the defendant requests that he be evaluated and admitted to the medical assisted treatment program for opioid abuse.

2

                                    Respectfully submitted,
                                    JAMES COLAMARIA
                                    By his attorney,

                                    */s/ Joan M. Fund*
                                    Joan M. Fund
                                    Fund & FitzGerald
                                    245 First Street
                                    Suite 1800
                                    Cambridge, MA 02142
                                    Tel:  617 945 9693
                                    Cell: 508 878 6830
                                    BBO #181430

<u>Certificate of Service</u>

      I certify that I have served a copy of the above on AUSA Pellegrini, and all others required to be noticed, by ECF.

July 22, 2022                                                   */s/ Joan M. Fund*
                                                            Joan M. Fund